# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　Plaintiff,<br>v.<br>LUIS ENRIQUE ARREOLA<br>　　　　　　　　　　Defendant. | Case No.: 23-cr-1757-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On September 26, 2023, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for September 29, 2023 to December 15, 2023. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 21] and sets the Motion Hearing/Trial Setting on December 15, 2023 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. On September 26, 2023, a plea agreement was lodged before the Court, and a change of plea hearing is set for October 5, 2023. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

//
//
//
//

1  Further, on September 18, 2023, Defendant filed a pretrial motion that remains
2  pending. Accordingly, the Court finds that time from September 18, 2023 to December
3  15, 2023 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is
4  pending. 18 U.S.C. § 3161(h)(1)(D).

5  IT IS SO ORDERED.
6  Dated: 9/27/23

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE